THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN KOCH, Respondent, *v.* BENJAMIN B. ODELL, Mayor and ex officio Chief of Police of the City of Newburgh, Appellant.

*People ex rel. Koch* v. *Odell,* 44 App. Div. 630, affirmed.
(Submitted February 27, 1900; decided March 13, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 28, 1899, affirming an order of Special Term granting a peremptory writ of mandamus commanding the reinstatement of the relator in his position as police constable of the city of Newburgh.

*C. L. Waring* for appellant.

*A. H. F. Seeger* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

In the Matter of the Application of MICHAEL COOGAN, Respondent, for a Writ of Mandamus, *v.* WILLIAM J. MORGAN, as Comptroller of the State of New York, Appellant.

*People ex rel. Coogan* v. *Morgan,* 45 App. Div. 628, affirmed.
(Submitted February 27, 1900; decided March 13, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1899, affirming an order of Special Term granting a peremptory writ of mandamus commanding the appellant herein, as comptroller of the state of New York, to direct the county treasurer of Livingston county to refund to the petitioner certain moneys erroneously paid by him under the Transfer Tax Act.

*Robert B. Bach* for appellant.

*Buchanan & Lawyer* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting, LANDON, J.